IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABELARDO PASILLAS, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA, et al.,**<br><br>　　　　　　　　　　Defendants. | 1:17-cv-00712-DAD-EPG<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT FOR DEFENDANT SAVAGE**<br><br>Judge:　　　The Honorable Erica P. Grosjean<br>Trial Date:　Not Set<br>Action Filed:　May 22, 2017 |

　　　Plaintiffs Valdez and Pasillas, and Defendants State of California and California Department of Corrections and Rehabilitation through their respective counsel, stipulate as follows:

　　　1.　　Defendant Savage was served with the Summons and Amended Complaint in this matter on November 13, 2017;

　　　2.　　The Office of the Attorney General (OAG) will not be representing Savage in this action; and

/ / /

1

3. In order to allow Savage an opportunity to retain counsel and defend this action, that the time for Savage to respond to the Amended Complaint is extended two weeks to December 18, 2017.

Dated: November 30, 2017

Respectfully submitted,

THE SEHAT LAW FIRM


*/s/ Cameron Sheat*

CAMERON SEHAT
*Attorneys for Plaintiffs*


XAVIER BECERRA
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ R. Lawrence Bragg*

R. LAWRENCE BRAGG
Acting Supervising Deputy Attorney General
*Attorneys for Defendants
State of California and California
Department of Corrections and
Rehabilitation*

# **ORDER**

In light of the stipulation of the parties, and good cause appearing, it is ordered that the time for Defendant Savage to respond to the Amended Complaint is extended to December 18, 2017.

IT IS SO ORDERED.

Dated: **November 30, 2017**         /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE