# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA PATRICIA VALDEZ, as successor-in-interest to OMAR PASILLAS and individually; ABELARDO PASILLAS, as successor-in-interest to OMAR PASILLAS and individually,<br><br>Plaintiffs,<br><br>v.<br><br>R.N. N.J. MILBURN, an individual; LPT BRADY, an individual; R.N. BUCARO, an individual; CORRECTIONAL OFFICER BOONE, an individual; CORRECTIONAL OFFICER VASQUEZ, an individual, and DOES 7 through 10,<br><br>Defendants. | Case No. 1:17-cv-00712-DAD-EPG<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SAVAGE TO FILE INITIAL RESPONSIVE PLEADING TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

The Court hereby grants the Joint Stipulation of the parties for a one-week extension of time for defendant SAVAGE, M.D. to file an initial responsive pleading or answer to plaintiff's first amended complaint, up to and including December 26, 2017.

IT IS SO ORDERED.

Dated: __**December 26, 2017**__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE