# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA PATRICIA VALDEZ, as successor-in-interest to OMAR PASILLAS and individually; ABELARDO PASILLAS, as successor-in-interest to OMAR PASILLAS and individually,<br><br>Plaintiffs,<br><br>v.<br><br>R.N. N.J. MILBURN, an individual; LPT BRADY, an individual; R.N. BUCARO, an individual; CORRECTIONAL OFFICER BOONE, an individual; CORRECTIONAL OFFICER VASQUEZ, an individual, and DOES 7 through 10,<br><br>Defendants. | No. 1:17-cv-00712-DAD-EPG<br><br>ORDER OF REFERRAL TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302, this action is hereby referred to Magistrate Judge Erica P. Grosjean, for all further proceedings, including any necessary hearings, entry of appropriate orders as to non-dispositive matters, and submission to the undersigned of proposed findings and recommendations as to dispositive matters in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated: **February 6, 2018**

_____
UNITED STATES DISTRICT JUDGE

1