**THE SEHAT LAW FIRM, P.L.C.**
Cameron Sehat, Esq. (SBN: 256535)
18881 Von Karman Ave., Suite 850
Irvine, CA 92612
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
E-mail: cameron@sehatlaw.com

Attorney for Plaintiffs: Silvia P. Valdez
and Abelardo Pasillas, individually and as
successors-of-interest on behalf of Omar Pasillas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILVIA P. VALDEZ, individually and as successor-of- interest on behalf of Omar Pasillas; ABELARDO PASILLAS, individually and as successor-of- interest on behalf of Omar Pasillas;<br><br>Plaintiffs,<br><br>v.<br><br>R.N. N.J. MILBURN, an individual; LPT BRADY; an individual; R.N. BUCARO; an individual; DR. SAVAGE, an individual; CORRECTIONAL OFFICER BOONE, an individual; CORRECTIONAL OFFICER VASQUEZ, an individual, and DOES 7 through 10<br><br>Defendants | CASE NO. 1:17-CV-00712-DAD-EPG<br><br>**STIPULATION FOR DISMISSAL AS TO DEFENDANTS CORRECTIONAL OFFICERS BOONE AND VASQUEZ; ORDER THEREON**<br><br>(ECF No. 58) |

1

IT IS HEREBY STIPULATED by and between Plaintiffs SILVIA P. VALDEZ and ABELARDO PASILLAS and Defendants, R.N. N.J. MILBURN, LPT BRADY, R.N. BUCARO and DR. SAVAGE who have appeared in this action, through their undersigned counsel, that the entire action be dismissed without prejudice as to Defendants CORRECTIONAL OFFICER BOONE and CORRECTIONAL OFFICER VASQUEZ pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS FURTHER STIPULATED THAT the Court shall direct the clerk to enter an order dismissing the entire action without prejudice as to Defendants CORRECTIONAL OFFICER BOONE and CORRECTIONAL OFFICER VASQUEZ.

IT IS FURTHER STIPULATED THAT each party shall bear its own costs and attorney's fees as to the litigation surrounding Defendants CORRECTIONAL OFFICER BOONE and CORRECTIONAL OFFICER VASQUEZ.

Respectfully submitted,

DATED: June 27, 2018

R. LAWRENCE BRAGG,, Acting Supervising Deputy Attorney General

/s/ Lawrence Bragg
Attorneys for Defendants R.N. N.J. MILBURN, LPT BRADY and R.N. BUCARO

DATED: June 27, 2018

THE SEHAT LAW FIRM, PLC

/s/ Cameron Sehat
CAMERON SEHAT
Attorney for Plaintiffs

DATED: June 27, 2018

BURKE, WILLIAMS & SORENSEN LLP

/s/ Susan Coleman
SUSAN COLEMAN
Attorney for Defendant Dr. SAVAGE

I attest that counsel R. Lawrence Bragg and Susan Coleman have read and approved this document, and given consent to the filing of the same with the Court.

DATED: June 27, 2018

THE SEHAT LAW FIRM, PLC

By: /s/ *Cameron Sehat*
    Attorney for Plaintiffs

**<u>ORDER</u>**

On June 26, 2018, Plaintiffs and Defendants filed a stipulation to dismiss Correctional Officer Boone and Correctional Officer Vasquez without prejudice (ECF No. 58). In light of the stipulation, all claims against Correctional Officer Boone and Correctional Officer Vasquez are dismissed without prejudice, and the action is automatically terminated as to Correctional Officer Boone and Correctional Officer Vasquez. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to terminate the case as to Correctional Officer Boone and Correctional Officer Vasquez.

IT IS SO ORDERED.

Dated: **June 27, 2018**

/s/ Elvin P. Grosjean
UNITED STATES MAGISTRATE JUDGE