**THE SEHAT LAW FIRM, P.L.C.**
Cameron Sehat, Esq. (SBN: 256535)
18881 Von Karman Ave., Suite 850
Irvine, CA 92612
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
E-mail: cameron@sehatlaw.com

Attorney for Plaintiffs: Silvia P. Valdez
and Abelardo Pasillas, individually and as
successors-of-interest on behalf of Omar Pasillas

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILVIA P. VALDEZ, individually and as successor-of- interest on behalf of Omar Pasillas; ABELARDO PASILLAS, individually and as successor-of- interest on behalf of Omar Pasillas;<br><br>Plaintiffs,<br><br>v.<br><br>R.N. N.J. MILBURN, an individual; LPT BRADY; an individual; R.N. BUCARO; an individual; DR. SAVAGE, an individual; CORRECTIONAL OFFICER BOONE, an individual; CORRECTIONAL OFFICER VASQUEZ, an individual, and DOES 7 through 10<br><br>Defendants | CASE NO. 1:17-CV-00712-DAD-EPG<br>*Assigned for all Purposes to:*<br>*Hon: Erica P. Grosjean*<br>*Courtroom: 10*<br><br>**REQUEST TO APPEAR BY TELEPHONE AT THE JULY 9, 2018 MID-DISCOVERY CONFERENCE; ORDER THEREON**<br><br>**Hearing:**<br>**Date: July 9, 2018**<br>**Time: 9:30 a.m.**<br>**Dept.: 10** |

Plaintiffs Silvia P. Valdez and Abelardo Pasillas, hereby respectfully requests permission to participate in Mid-Discovery Conference scheduled for July 9, 2018 at 9:30 a.m. in the above-entitled Court by telephone.

Plaintiff will be represented at the conference by their Attorney Cameron Sehat, whose direct number is (949) 825-5200. Counsel will make arrangements with the Court's teleconference services for the telephonic appearance.

Dated: July 5, 2018                                THE SEHAT LAW FIRM, PLC

 

_____
Cameron Sehat, Esq.
Attorney for Plaintiffs

# **ORDER**

IT IS SO ORDERED that all counsel may participate in the Mid-Discovery Conference on July 9, 2018, at 9:30 a.m. in the above-titled court by telephone. For telephonic participation, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated: **July 5, 2018**

/s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I am employed in the County of ORANGE, State of California, I am over the age of eighteen years and not a party to the within-entitled action: my business address is: 18881 Von Karman Ave., Ste. 850, Irvine, California 92612. On July 5, 2018 I served the foregoing document described as:

## REQUEST TO APPEAR BY TELEPHONE AT THE JULY 9, 2018 MID-DISCOVERY CONFERENCE; [PROPOSED] ORDER

To all interested parties in this action as follows:

**Lawrence Bragg, Esq.**
**OFFICE OF ATTORNEY GENERAL**
**1300 I Street, Ste. 125**
**P.O. Box 944255**
**Sacramento, California 94244-2550**

**Susan Coleman, Esq.**
**BURKE, WILLIAMS & SORENSEN, LLP**
**444 S. Flower Street, Ste. 2400**
**Los Angeles, California 90071**

__X__ **BY CM / ECF**
I certify that all patricipants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I declare under penalty of perjury under the laws of the United States and the State of California for foregoing is true and correct and that this declaration was executed on July 5, 2018. I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system

Executed on July 5, 2018 at Irvine, California.

_____
Ashley Heltzel