UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELARDO PASILLAS, *et al,*<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-00712-LJO-EPG<br><br>ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 82) |

On November 29, 2018, Plaintiffs, Abelardo Pasillas and Silvia Patricia Valdez, and Defendants, State of California, California Department of Corrections and Rehabilitation, N. J. Milburn, Brady, Bucaro, and Dr. Savage, filed a stipulation for voluntary dismiss of the entire action with prejudice. (ECF No. 82.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 30, 2018**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE